**DENY and Opinion Filed April 7, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00326-CV**

**IN RE EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING, Relator**

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-15697**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Garcia

Before the Court are relator's April 6, 2023 petition for writ of mandamus and emergency motion for temporary stay. In the petition, relator seeks mandamus relief from the trial court's April 4, 2023 Order Denying Plaintiff's Motion for Protective Order.

Entitlement to mandamus relief generally requires relator to demonstrate that the trial court clearly abused its discretion and that relator lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the record before us, we conclude that relator has failed to show the trial court abused its discretion.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having denied the petition, we also deny the emergency motion as moot.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

230326F.P05